UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CHRISTOPHER S. HARRISON, ) | |
| ) | Case No. 19-5730-5-PWM |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| | |
| HOLMES P. HARDEN, Ch. 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | A.P. No. 21-00132-5-PWM |
| ) | |
| -against- ) | |
| ) | |
| DIXON HUGHES GOODMAN LLP, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Holmes P. Harden, Chapter 7 Trustee for the bankruptcy estate of Christopher S. Harrison, hereby gives notice of voluntary dismissal of the above-captioned adversary proceeding *with prejudice*

This the 25th day of February, 2022.

/s/ George F. Sanderson III
George F. Sanderson III

## CERTIFICATE OF SERVICE

I, George F. Sanderson III of THE SANDERSON LAW FIRM, PLLC hereby certify:

That I am, and all time hereinafter mentioned was, more than eighteen (18) years of age;

I hereby certify that on February 25, 2022 a true and correct copy of the foregoing was served via United States First Class Mail, postage prepaid, on the following:

Dixon Hughes Goodman LLP
Attn: Paracorp Incorporated, Registered Agent
176 Mine Lake Ct #100
Raleigh, NC 27615

This the 25th day of February, 2022.

/s/George F. Sanderson, III
George F. Sanderson, III
N.C. Bar No. 33054
THE SANDERSON LAW FIRM, PLLC
P.O. Box 6130
Raleigh, NC 27628
Telephone: (984) 867-9300
george@georgesandersonlaw.com
*Counsel for the Plaintiff*